[No. 19908-8-III.   Division Three.   June 27, 2002.]

LOUIS RAY, *Respondent*, v. R&R ROOFING, INC., ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-00932-5, Robert D. Austin, J., entered January 8, 2001. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 19962-2-III; 19987-8-III.   Division Three.   June 27, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL SOLIS, JR.,
*Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. AUGUSTINE TANAKA
SOLIS, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, Nos. 00-8-00800-5 and 00-8-00804-5, Kenneth L. Jorgensen, J., entered February 5, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 20314-0-III.   Division Three.   June 27, 2002.]

ROBERT STEWART, *Individually and as Personal
Representative, Appellant*, v. SCOTT NEWBOLD,
ET AL., *Defendants*, KARA JOSCELYN-TORREY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-2-00052-0, Donald W. Schacht, J., entered May 29, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.